MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **McGee, Cheri**                                          Chapter 7 Case No. **08-35447**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| USA Yellow Book<br>C/O RMS Bky Recovery Services<br>PO Box 5126<br>Timonium, MD 21097 | 1 | $639.00 | $3.30 |
| Quantum Physical Therapy<br>115 N Broadway<br>Spring Valley, MN 55975 | 6 | $780.71 | $4.02 |

Dated: April 29, 2010

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111